```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ORTIZ et al.,

                              Plaintiffs,                              21-CV-1537 (ALC) (KHP)

             -against-                                  **ORDER RESCHEDULING PRE-
MOTION CONFERENCE**

ESKINA 214 CORP. et al.,

                              Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Pre-Motion Conference previously scheduled for Wednesday, September 8, 2021 at 12:15 p.m. is hereby rescheduled to **Friday, September 10, 2021 at 12:00 p.m.** Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

        SO ORDERED.

DATED:     New York, New York
               August 19, 2021

                                             *Katharine H. Parker*
                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge