**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ORTIZ et al.,

                                          Plaintiffs,

                -against-

ESKINA 214 CORP. et al.,

                                          Defendants.

-----------------------------------------------------------------X

**21-CV-1537 (ALC) (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2021

**KATHARINE H. PARKER, United States Magistrate Judge:**

    As set forth at the September 10, 2021 pre-motion and case management conference in the above-captioned case, the parties are directed to exchange mutually agreeable dates to conduct all remaining depositions the parties intend to take. The parties should schedule the remaining depositions to take place before October 29, 2021; the deposition schedule should be finalized by no later than September 17, 2021. Additionally, Plaintiffs' counsel should confirm with the named Plaintiffs that they have produced all relevant employment records in their possession. If counsel uncovers any additional employment records that have yet to be produced, counsel should produce those documents to Defendants by no later than September 24, 2021.

    On September 10, 2021, Plaintiffs filed a motion for conditional collective certification. (ECF No. 33.) Defendants will have until October 15, 2021 to file an opposition to the motion. Plaintiffs' reply will be due by October 29, 2021.

**A telephonic case management conference is hereby scheduled to take place in this case on September 29, 2021 at 4:00 p.m.  Counsel for the parties are directed to call (866) 434-5269, access code: 4858267 at the scheduled time.**

**SO ORDERED.**

DATED:	New York, New York
	September 10, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge