**LEE LITIGATION GROUP, PLLC**
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

September 17, 2021

**Via ECF**
The Honorable Katherine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Ortiz et al v. Eskina 214 Corp. et al.*
Case No. 1:21-cv-01537 (ALC) (KHP)

Dear Judge Parker:

We are counsel to Plaintiffs. We write jointly with counsel to Defendants to provide deposition dates for parties per Your Honors order on September 10, 2021 [Dkt. 36].

Plaintiff Henry Flores will be deposed on October 27th, 2021. Plaintiffs Mario Flores and Ricardo Ortiz will be deposed on October 28th, 2021. Defendants Ismael Garcia and William Segura will be deposed on October 19th, 2021.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF