```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICARDO ORTIZ et al.,

                        Plaintiffs,                21-CV-1537 (ALC) (KHP)

        -against-                                  ORDER


ESKINA 214 CORP. et al.,



                        Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

Counsel for Defendants has moved to withdraw from representing Defendants. To the extent Plaintiffs object, they must file an objection by October 29, 2021. The individual defendants shall submit a letter to the Court by October 29, 2021 indicating whether they object to the withdrawal. Corporate defendants must be represented by an attorney and will risk an adverse judgment if they do not obtain alternate counsel. Defense Counsel is directed to send a copy of this order to all defendants.

       **SO ORDERED.**

DATED:    New York, New York
              October 14, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge