**LEE LITIGATION GROUP, PLLC**
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

December 3, 2021

**Via ECF**
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Ortiz et al v. Eskina 214 Corp. et al.*
Case No. 1:21-cv-01537 (ALC) (KHP)

Dear Judge Parker:

We are counsel to Plaintiffs. We write to request that Your Honor order a conference to discuss Defendants' failure to abide by Your Honor's orders: (1) to retain new counsel [Dkt.46], and (2) to provide Plaintiffs' with information for all non-managerial employees [Dkt. 47].

To date, Plaintiffs have not heard from Defendants or any new counsel for Defendants. Therefore, Corporate Defendants are now in default and Individual Defendants are currently pro se status. More importantly we request that Your Honor compel Defendants to provide information for all non-managerial employees as ordered on November 2, 2021[Dkt. 47].

We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF