USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ORTIZ et al.,

                      Plaintiffs,

     -against-

ESKINA 214 CORP. et al.,

                      Defendants.
-----------------------------------------------------------------X

21-CV-1537 (ALC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    On December 6, 2021, the Court scheduled a case management conference for January 20, 2022 and directed Plaintiffs serve a copy of that order on Defendants, in which Plaintiffs complied. (ECF Nos. 53-54.) Despite being provided notice, Defendants failed to appear at the scheduled conference. Further, in November 2021, the Court granted defense counsel's motion to withdraw and provided 30 days for corporate defendant Eskina 214 Corp. to retain new counsel. (ECF No. 46.) Defendant Eskina 214 Corp. has failed to do so.

    Accordingly, a case management conference is hereby scheduled for **February 23, 2022 at 3:00 p.m. All Defendants are ordered to attend**. Eskina 214 Corp. is again reminded to retain counsel or it may be subject to default. Defendants William Segura and Ismael Garcia may also face sanctions including but not limited to a default judgment against them if they fail to appear and participate in this action.

    Plaintiff's counsel shall serve a copy of this order on Defendants.

**SO ORDERED.**

DATED:   New York, New York
         January 20, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge