# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2022

March 8, 2022

**Via ECF**:
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Application Granted.** To the extent attorney Martin Restituyo retained the contact information for Defendants Ismael Garcia and William Segura, he shall provide the same to Plaintiff's counsel by March 18, 2022.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
3/9/2022

Re: *Ortiz et al v. Eskina 214 Corp. et al.*
Case No. 1:21-cv-01537 (ALC) (KHP)

Dear Judge Parker:

This office is counsel to Plaintiffs. We submit this letter motion to request that the Court compel Defendants' previous counsel Martin Restituyo to provide the contact information for Defendants Ismael Garcia and William Segura.

Plaintiffs believe that to expedite the scheduling of depositions and production of discovery, and to assure that Defendants are aware of the status of the case, the contact information for Defendants Ismael Garcia and William Segura are necessary. Plaintiffs have repeatedly contacted the Restaurant and served previous orders on the Restaurant with no responses from Defendants. Therefore, we believe that in addition to serving the Restaurant we should contact Ismael Garcia and William Segura directly.

Mr. Restituyo should have the phone number, email addresses, and addresses for Ismael Garcia and William Segura. We have contacted Mr. Restituyo several times, including by phone on February 23, 2022, and February 25, 2022. To date, Plaintiffs have not heard back from Mr. Restituyo.

We thank the Court for its time and consideration.

Respectfully submitted,

*C.K. Lee*
C.K. Lee, Esq.

cc:   all parties via ECF