USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/2022

**MEMO ENDORSED**

**Bart Mayol, Esq.**
Law Office of Bart Mayol
930 Grand Concourse, Suite 1A
Bronx, NY 10451
718-933-3633
bmayol@yahoo.com

March 23, 2022

**BY ECF**

Honorable Katharine H. Parker,
U.S.M.J United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

          Re:    *Ortiz et al v. Eskina 214 Corp. et al.*
                Case No. 1:21-CV-01537 (ALC) (KHP)

Dear Judge Parker:

I am newly retained counsel to Defendants in the above reference matter.

I am aware that we are due in court on March 31, 2022. However, it is very little time for me to review this case and prepare for deposition. Please grant me an adjournment of 90 days to review this case.

No previous application for an adjournment has been made to the court.
Per phone call with C.K. Lee, Esq. counsel for plaintiff would not consent to this adjournment because he stated this case has been on too long. Additionally, he has stated he would call me back but has yet to do so

I thank the court for its consideration and time in this matter.

Respectfully submitted,

*Bart Mayol*
Bart Mayol, Esq.
930 Grand Concourse, Ste 1A
Bronx, NY 10451
718-933-3633
bmayol@yahoo.com

---

**There is no conference scheduled with the court on March 31, 2022.**
**A Case Management Conference in this matter is hereby scheduled for <u>Wednesday, April 20, 2022, at 12:45 p.m.</u>  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  <u>Please dial (866) 434-5269; access code 4858267</u>**

SO ORDERED:

*Katharine H Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
03/28/2022