```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ORTIZ et al.,

                      Plaintiffs,                                 21-CV-1537 (ALC) (KHP)

        -against-                                                       **ORDER**

ESKINA 214 CORP. et al.,

                      Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed during the case management conference held on April 20, 2022, fact discovery is hereby extended to **September 30, 2022**. Defendants shall produce the relevant wage records as discussed by **June 3, 2022**. The parties shall file a status update via ECF by **June 8, 2022.**

        **SO ORDERED.**

DATED:       New York, New York
                  April 21, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge