```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
ORTIZ et al.,

                     Plaintiffs,

        -against-

ESKINA 214 CORP. et al.,

                    Defendants.
--------------------------------------------------------------------X

**21-CV-1537 (ALC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed during the case management conference held on June 6, 2022, the Court orders the following:

- By June 21, 2022, Defendants shall provide Plaintiffs' counsel the discussed tax returns for the past six years.

- By July 5, 2022, Plaintiffs' counsel shall file a letter via ECF affirming that he has reviewed the provided tax returns and whether this court maintains jurisdiction over this action under the Fair Labor Standards Act.

- By August 23, 2022, the parties shall schedule and take the depositions of the Plaintiffs.

- A case management conference is scheduled for **Tuesday, August 23, 2022 at 2:00 p.m.  Counsel is directed to call the court's telephone conference line at the scheduled time.  Please dial (866) 434-5269, Access Code: 4858267.**

**SO ORDERED.**

DATED:          New York, New York
                June 7, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge