```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/09/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ORTIZ et al.,

                             Plaintiffs,                      21-CV-1537 (ALC) (KHP)

          -against-                               **ORDER RESCHEDULING CASE**
                                                                               **MANAGEMENT CONFERENCE**

ESKINA 214 CORP. et al.,

                             Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Case Management Conference in this matter scheduled for Tuesday, August 23, 2022, at 2:00 p.m. is hereby rescheduled to **Tuesday, August 23, 2022 at 12:45 p.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:     New York, New York
                 August 9, 2022

                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge