**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

RICARDO ORTIZ, HENRY FLORES, and
MARIO FLORES, *on behalf of themselves,*
*FLSA Collective Plaintiffs and the Class*,

                                          Plaintiffs,

              -against-

ESKINA 214 CORP. d/b/a CAFÉ TABACO
& RON, ISMAEL GARCIA and WILLIAM
SEGURA,

                                          Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2023

**21-CV-1537 (ALC) (KHP)**

**ORDER ON DISCOVERY**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed in the February 16, 2023 conference, by **March 2, 2023**, Defendant William Segura shall produce to Plaintiffs information about the sale of Eskina 214 Corp., information about the business from 2015 to 2018 while Defendant Segura was involved, including documents showing wages paid, and video Defendant Segura described during the conference. By **March 20, 2023**, the parties shall file a joint status letter updating the Court on discovery and any settlement discussion.

      The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from

10 a.m. to 4 p.m., except on days when the Court is closed.  Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

**SO ORDERED.**

DATED:     New York, New York
                 February 16, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge