UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO ORTIZ, et al.,<br><br>      *Plaintiff*,<br><br>-against-<br><br>ESKINA 214 CORP., et al.,<br><br>      *Defendants*. | 21-CV-01537 (ALC) (KHP)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The Court hereby **DENIES** without prejudice Plaintiffs' motion for default, ECF No. 126. The Clerk of the Court is respectfully directed to terminate the open motion.

**SO ORDERED.**

**Dated:** **September 6, 2023**
    **New York, New York**

                     **ANDREW L. CARTER, JR.**
                      **United States District Judge**