USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ORTIZ et al.,

                     Plaintiffs,

    -against-

ESKINA 214 CORP. et al.,

                     Defendants.
-----------------------------------------------------------------X

21-CV-1537 (ALC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    Insofar as the named plaintiffs have filed letters with the Court withdrawing their claims, by September 30, 2023, Plaintiffs' counsel shall file a letter with the Court setting forth their position as to how to proceed with the opt-in Plaintiffs. Defendants shall have 5 business days to respond to Plaintiff's position letter.

    **SO ORDERED.**

DATED:    New York, New York
              September 7, 2023

                                                             _____
                                                             KATHARINE H. PARKER
                                                            United States Magistrate Judge