**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

RICARDO ORTIZ, HENRY FLORES, and
MARIO FLORES, *on behalf of themselves,*
*FLSA Collective Plaintiffs and the Class*,

                                    Plaintiffs,

           -against-

ESKINA 214 CORP. d/b/a CAFÉ TABACO
& RON, ISMAEL GARCIA and WILLIAM
SEGURA,

                                    Defendants.

-------------------------------------------------------------------X

21-CV-1537 (ALC) (KHP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2023

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed in the September 26, 2023 Conference, the deadline for Plaintiffs' motion to amend and substitute is **November 7, 2023**.  Defendants' response is due **December 22, 2023**.  Reply due **January 5, 2024**.

      The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court.  The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.  The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.  Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

By **October 31, 2023**, the parties shall file a joint status update on their progress with discussing settlement.

**The Clerk of the Court is respectfully requested to mail a copy of this order to Defendants Garcia and Segura.**

SO ORDERED.

DATED:   New York, New York
         September 27, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge

2