

WRITER'S DIRECT: 212-661-1008
anne@leelitigation.com

October 30, 2023

**Via ECF**
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Request GRANTED. Plaintiffs shall file any Motion to Amend and Substitute by **Tuesday, November 21, 2023**. Defendants' response is due by **Friday, January 5, 2024**. The reply is due by **Friday, January 19, 2024**.
>
> SO ORDERED:
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE  11/2/2023

Re:  *Ortiz et al v. Eskina 214 Corp. et al.*
     Case No. 1:21-cv-01537 (ALC) (KHP)

Dear Judge Parker:

We are counsel to Plaintiffs and Opt-in Plaintiffs. We write, further to our letter dated October 30, 2023 filed earlier today, to provide an updated status report to the court regarding settlement progress.

Despite not receiving any contact or return calls from Mr. Ismael Garcia as detailed in our prior letter, following our docketing of such letter we finally received a call back from Mr. Garcia, who indicated he had received our voicemails and expressed his willingness to engage in settlement negotiations. A meeting with Mr. Garcia has been scheduled for later this week.

As such, so as not to spend unnecessary time preparing our motion to amend and substitute if settlement discussions prove fruitful, we respectfully request a two week extension of the date by which to file such motion, from November 7, 2023 to November 21, 2023.

This is the first request for extension. We have discussed same with Mr. Garcia who consents. *Pro se* Defendant William Segura remains unresponsive.

Respectfully submitted,

*/s/ Anne Seelig*

cc:   all parties via ECF
      Ismael Garcia via first class mail
      William Segura via first class mail