UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO ORTIZ, HENRY FLORES, and MARIO FLORES, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

        Plaintiffs,

v.

ESKINA 214 CORP.
    d/b/a CAFE TABACO & RON,
ISMAEL GARCIA, and
WILLIAM SEGURA,

        Defendants.

Case No.: 21-cv-01537

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Opt-in Plaintiffs CATHERINE ACEVEDO and JULIA TARIBEL CABREJA NOLASCO ("Opt-in Plaintiffs") hereby accept and provide notice that they have accepted ISMAEL GARCIA ("Defendant Garcia") Offer of Judgment dated November 21, 2023, and annexed hereto as **Exhibit A**. For avoidance of doubt, this matter is not dismissed and the claims of RICARDO ORTIZ, HENRY FLORES, and MARIO FLORES shall persist.

Dated: November 21, 2023

                              Respectfully submitted,

By: _____
                              C.K. Lee, Esq. (CL 4086)
                              LEE LITIGATION GROUP, PLLC
                              148 West 24th Street, 8th Floor
                              New York, NY 10011
                              Tel.: (212) 465-1188
                              Fax: (212) 465-1181
                              *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2023, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon *Pro se* Defendant Ismael Garcia as follows:

Ismael Garcia
Maelo55@hotmail.com
*Pro Se Defendant*

By: _____
C.K. Lee, Esq.