UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO ORTIZ, HENRY FLORES, and MARIO FLORES, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

          Plaintiffs,

v.

ESKINA 214 CORP.
    d/b/a CAFE TABACO & RON,
ISMAEL GARCIA, and
WILLIAM SEGURA,

          Defendants.

Case No.: 21-cv-01537

~~[PROPOSED]~~
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant ISMAEL GARCIA ("Defendant Garcia"), having offered to allow Opt-in Plaintiffs CATHERINE ACEVEDO and JULIA TARIBEL CABREJA NOLASCO ("Opt-in Plaintiffs") to take a judgment against him, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00) ("Judgment Amount"), to resolve all of the claims Opt-in Plaintiffs may have against Defendant Garcia, in accordance with the terms and conditions of Defendant Garcia's Rule 68 Offer of Judgment dated November 21, 2023 and filed as Exhibit A to Docket Number 154;

**WHEREAS**, on November 27, 2023, Plaintiffs' attorney having confirmed Opt-in Plaintiffs' acceptance of Defendant Garcia's Offer of Judgment (Dkt. No. 154);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Opt-in Plaintiffs CATHERINE ACEVEDO and JULIA TARIBEL CABREJA NOLASCO, in the sum of $15,000.00, in accordance with the terms and conditions of Defendant Garcia's Rule 68 Offer of Judgment dated November 21, 2023 and filed as Exhibit A to Docket Number 154.

**SO ORDERED:**

Dated: __November 29__, 2023
      New York, New York

SO ORDERED: _/s/ Andrew L. Carter, Jr._
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE